IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01995-BNB

CHARLES LEE KETTERING,

Plaintiff,

v.

LARIMER COUNTY DENTENTION [sic] CENTER SHERIFF JAMES ALDERDEN,

Defendant.

## ORDER OF DISMISSAL

Plaintiff, Charles Lee Kettering, was incarcerated at the Larimer County Detention Facility in Fort Collins, Colorado, when he initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on September 16, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Kettering to cure a deficiency in this case within thirty days. Specifically, Mr. Kettering was directed to submit within thirty days a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order warned Mr. Kettering that if he failed to cure the designated deficiency within the time allowed, the complaint and the action would be dismissed without prejudice and without further notice. On September 23, 2008, Mr. Kettering's copy of the September 16 order was returned to the Court in an envelope marked "Return to Sender" "Not Deliverable as Addressed," and "Unable to Forward."

Mr. Kettering has failed within the time allowed to comply with the September 16, 2008, order or otherwise to communicate with the Court in any way. Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The September 16 order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing within the time allowed to submit a copy of his trust fund account statement certified by the appropriate prison official at the Larimer County Detention Facility, Mr. Kettering has failed to cure the deficiency listed in the September 16 order. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiency as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01995-BNB

Charles Lee Kettering
Prisoner No. 104451
Larimer County Det. Facility
2405 Midpoint Drive
Fort Collins, CO 80525

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk